IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHAEL LEE ANDERSON,                                                                   PLAINTIFF
ADC # 130293

V.                                      NO. 4:20-CV-1195-JM-JTR

WENDY KELLEY, *et al.*                                                                 DEFENDANTS

## ORDER

The Court has received the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray and the objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects. Plaintiff's case is dismissed, without prejudice, for failing to state a claim upon which relief may be granted. The dismissal is counted as a "strike" pursuant to 28 U.S.C. § 1915(g).

IT IS SO ORDERED this 30th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE