# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

MICHAEL LEE ANDERSON,                                                    PLAINTIFF
ADC # 130293

V.                              NO. 4:20-CV-1195-JM-JTR

WENDY KELLEY, *et al.*                                                  DEFENDANTS

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered and adjudged that this case is dismissed, without prejudice. The requested relief is denied.

DATED this 30th day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE