UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHAEL LEE ANDERSON                                                        PLAINTIFF
ADC #130293

V.                                     No. 4:20-CV-1195-JM

WENDY KELLEY,
Former Director, ADC, *et al.*                                              DEFENDANTS

## ORDER

The Court has received a Recommendation for dismissal from Magistrate Judge J. Thomas Ray, along with timely objections filed by Mr. Anderson. After careful review of the objections and a *de novo* review of the Recommendation and the record in this case, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Defendant Danny Burl's[1] name was inadvertently omitted from the Defendants' Motion for Judgment on the Pleadings (Doc. 53). Mr. Burl filed a Motion for Judgment on the Pleadings (Doc. 75) after the Recommendation for dismissal was filed by Judge Ray. The Court has reviewed Burl's motion and Mr. Andersons's response and objections. For the reasons stated in the Recommendation, Mr. Burl's Motion for Judgment on the Pleadings is also granted.

Defendants' Motions for Judgment on the Pleadings (*Doc. 53 and 75*) are GRANTED. Anderson's procedural due process claim for the deprivation of property is DISMISSED, without prejudice, for failure to state a claim upon which relief may be granted.

IT IS SO ORDERED this 22nd day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The Clerk is directed to correct the spelling of Mr. Burl's name.