UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

MICHAEL LEE ANDERSON                                                                    PLAINTIFF
ADC #130293

V.                                       No. 4:20-CV-1195-JM

WENDY KELLEY,
Former Director, ADC, *et al.*                                                         DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this date, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED without prejudice.

IT IS SO ADJUDGED this 22nd day of August, 2023.

_____
UNITED STATES DISTRICT JUDGE